

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-21-00410-CR

James Cornelious **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR7104
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief was originally due on March 25, 2022. On July 25, 2022, appellant filed a motion requesting an additional 14 days to file his brief. Appellant's motion is GRANTED. Appellant's brief is due on or before **August 8, 2022**. No further extensions of time will be allowed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court